IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR325 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ADRIANNE EWING, a/k/a | ) | |
| ADRIANNE JOHNSON, | ) | |
| | ) | |
| Defendant. | | |

THIS MATTER is before the Court on Defendant's Motion for Transportation. Defendant is indigent and is in need of noncustodial transportation to return Defendant to her state of residence, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion is granted; and

2. That the U.S. Marshals shall provide Defendant noncustodial transportation from Omaha, Nebraska to Denver, Colorado upon completion of court proceedings for Defendant's plea hearing on February 12, 2009.

DATED this 12th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
**HONORABLE JOSEPH F. BATAILLON**
**United States District Court Judge**